PREET BHARARA
United States Attorney for the
Southern District of New York
By: CAROLINA A. FORNOS
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,                :

               Plaintiff,                            :

                                           CERTIFICATE OF SERVICE
            - v -                                   :

$49,150 IN UNITED STATES                 :    14 Civ. 2998 (PKC)
CURRENCY,
                                     :

             Defendant-in-rem.          :
-------------------------------------------------------x

        I, Renee Spilker Garvey, hereby declare, under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

        I am an FSA Paralegal III in the Money Laundering and Asset Forfeiture Unit, a contract employee, in the Office of Preet Bharara, United States Attorney for the Southern District of New York, attorney for plaintiff herein.

        On May 6, 2014, I caused a copy of the Court's Order for an Initial Pretrial Conference dated May 5, 2014 to be served by certified mail to:

                Darius Wadia, Esq.
                233 Broadway, Suite 2208
                New York, NY 10279
                Certified Mail Tracking No.: 7012 3460 0003 0682 2361

Noel Hall

Certified Mail Tracking No.: 7012 3460 0003 0682 4419

Noel Hall

Certified Mail Tracking No.: 7013 1710 0001 5678 6735

Angela Hatch

Certified Mail Tracking No.: 7012 3460 0003 0682 2378

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
May 6, 2014

Rénee Spilker Garvey
FSA Paralegal III
Money Laundering and Asset Forfeiture Unit
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, N.Y. 10007